## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 2:15-CR-52-JTM-JPK |
| ) | |
| CHRISTOPHER TILLMAN, ) | |
| Defendant. ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO:  THE HONORABLE JAMES T. MOODY,
     UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On April 8, 2019, the United States Government appeared by counsel Assistant United States Attorney Thomas McGrath. Defendant Christopher Tillman appeared in person and by counsel Roxanne Mendez Johnson and in the custody of the United States Marshal. United States Probation Officer Rue Pattison appeared.

A Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On July 23, 2015, Defendant Christopher Tillman pled guilty to the Count I charge in the Indictment (knowingly possessing a firearm after having been convicted of a felony offense).

On August 23, 2016, Judge James T. Moody originally sentenced Defendant Christopher Tillman to 37 months of imprisonment and two years of supervised release subject to specified written terms and conditions.

On May 30, 2018, the United States Probation Department filed a Petition for Warrant for Offender Under Supervision, (ECF No. 47), alleging that Defendant Christopher Tillman violated

the terms and conditions of his supervised release. On May 30, 2018, an arrest warrant was issued. On March 1, 2019, Defendant Christopher Tillman was arrested, and the Initial Appearance was held.

On March 8, 2019, the U.S. Probation Office filed a Summary Report of Violations. (ECF No. 57).

On March 26, 2019, Defendant Christopher Tillman by counsel, filed a Motion to Transfer Case to the Magistrate Judge.

On April 4, 2019, Judge James T. Moody issued an Order granting the Motion to Transfer Case to Magistrate Judge and referring the case to the undersigned Magistrate Judge for a Report and Recommendation including, if applicable, a recommended disposition under 18 U.S.C. § 3583(e).

As a result of the April 8, 2019 Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1.   Defendant Christopher Tillman has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2.   Defendant Christopher Tillman understands the proceedings, the allegations, and his rights;

3.   Defendant Christopher Tillman knowingly and voluntarily admitted that he committed three of the violations set forth in the May 30, 2018 Petition, (ECF No. 47), and Summary Report, (ECF No. 57), and that those allegations are true; and

4. These violations are Grade C violations, the Defendant's criminal history category is IV, the advisory guideline range is 6 to 12 months of imprisonment, and the statutory maximum sentence that may be imposed is 2 years of imprisonment.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James Moody that:

6. Defendant Christopher Tillman be adjudged to have committed a violation of his supervised release described in the May 30, 2018 Petition (ECF No. 47);

7. The supervised release of Defendant Christopher Tillman be revoked;

8. Defendant Christopher Tillman be ordered committed to the United States Bureau of Prisons forthwith to serve 9 months of incarceration therein;

9. After successful completion of the additional term of imprisonment Defendant Christopher Tillman not continue on supervised release;

10. Defendant Christopher Tillman be granted credit for time served from March 1, 2019, on this supervised release revocation matter.

At the hearing, the parties waived the 14-day period in which to file objections to these Findings and Recommendation.

So ORDERED this 8th day of April, 2019.

                                              s/ Joshua P. Kolar  
                                              MAGISTRATE JUDGE JOSHUA P. KOLAR  
                                              UNITED STATES DISTRICT COURT