UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:15 CR 52 |
| | ) | |
| CHRISTOPHER TILLMAN | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge dated April 8, 2019 (DE # 63), to which the parties have waived any objections (*id.*), the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violations of his supervised release described in the May 30, 2018, Petition (DE # 47). Defendant's term of supervised release is **REVOKED** and he is hereby committed to the United States Bureau of Prisons to serve a term of imprisonment of nine (9) months. Upon his release from the Bureau of Prisons, defendant shall be discharged from any further term of supervision.

**SO ORDERED.**

Date: April 15, 2019

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT